# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WAYNE DYER

VERSUS

BR PIG LLC, D/B/A SHOPPER'S
VALUE FOODS

NO.  2024 CW 0487

**JULY 29, 2024**

---

In Re:    BR Pig, LLC, D/B/A Shopper's Value Foods, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 715415.

---

**BEFORE:    HESTER, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.**

                              CHH
                              HG
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT